## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hall, LaShawnda V

Printed: 7/15/08

Case Number: 07 B 23700
Judge: Squires, John H
Filed: 12/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: July 8, 2008
Confirmed: February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,300.00 |  |
| Secured: |  | 627.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,539.18 |
| Trustee Fee: |  | 132.86 |
| Other Funds: |  | 0.00 |
| Totals: | 2,300.00 | 2,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,555.00 | 1,539.18 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 1,028.83 | 83.04 |
| 4. | Wells Fargo Auto Finance | Secured | 28,684.80 | 500.00 |
| 5. | Sterling Inc | Secured | 1,167.21 | 44.92 |
| 6. | Wells Fargo Home Mortgage | Secured | 2,829.37 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 182.43 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 95.07 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 67.40 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 42.15 | 0.00 |
| 12. | Verizon Wireless Midwest | Unsecured | 186.92 | 0.00 |
| 13. | Capital One | Unsecured | 66.06 | 0.00 |
| 14. | Sterling Inc | Unsecured | 0.00 | 0.00 |
| 15. | Wells Fargo Auto Finance | Unsecured | 230.16 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| | | | $ 37,135.40 | $ 2,167.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.79 |
| 6.5% | 51.07 |
| | $ 132.86 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hall, LaShawnda V

Printed:  7/15/08

Case Number:  07 B 23700

Judge:  Squires, John H

Filed:  12/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

